UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-156-MJP |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| RICHARD RAY FREDBERG, | ) | |
| Defendant. | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on October 19, 2009. The United States was represented by AUSA James M. Lord and the defendant by Roger A. Hunko. The proceedings were digitally recorded.

Defendant had been sentenced on or about August 17, 2005 by the Honorable Marsha J. Pechman on a charge of Conspiracy to Distribute Cocaine, and sentenced to 40 months custody, 3 years supervised release. (Dkt. 16.)

The conditions of supervised release included the standard conditions plus the requirements that defendant cooperate in the collection of DNA, be prohibited from possessing a firearm, submit to drug testing, participate in drug treatment, abstain from alcohol, submit to

search and provide his probation officer with access to financial information.

On May 21, 2008, defendant's probation officer reported that defendant had violated the conditions of supervision by using percocet and morphine. Defendant was reprimanded, testing was increased in frequency, and he was referred to a relapse prevention program. (Dkt. 18.)

On November 21, 2008, defendant admitted violating the conditions of supervision by using percocet, using morphine, using marijuana, frequenting places where a controlled substance is sold, failing to follow the instruction of the probation officer, using cocaine and failing to participate in a substance abuse treatment program. Defendant was sentenced to 45 days in custody, 33 months supervised release. Defendant was required to reside in a residential re-entry center for up to 90 days upon release from custody. (Dkt. 35.) On July 17, 2009, defendant was ordered to reside in a residential re-entry center for up to 90 days following a positive urinalysis sample for marijuana. (Dkt. 36.)

In an application dated October 1, 2009 (Dkt. 37, 38 ), U.S. Probation Officer Steven R. Gregoryk alleged the following violations of the conditions of supervised release:

1. Using codeine on or before September 15, 2009, in violation of standard condition No. 7.

2. Using morphine on or before September 15, 2009, in violation of standard condition No. 7.

3. Failing to participate in the electronic home confinement program, in violation of the supervised release modification order dated September 3, 2009.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

whether they occurred. (Dkt. 44.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Pechman.

Pending a final determination by the Court, defendant has been detained.

DATED this 19th day of October, 2009.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Marsha J. Pechman
AUSA: James M. Lord
Defendant's attorney: Roger A. Hunko
Probation officer: Steven R. Gregoryk